1  McGREGOR W. SCOTT
   United States Attorney
2  JASON HITT
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

          IN THE UNITED STATES DISTRICT COURT FOR THE

                  EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:06-MC-00116-DFL-KJM |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER EXTENDING THE UNITED STATES' TIME TO FILE A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE** |
| APPROXIMATELY $2,663.00 IN U.S. CURRENCY, and | |
| APPROXIMATELY $791.00 IN U.S. CURRENCY, | |
| Defendants. | |

It is hereby stipulated by and between the United States of America and claimants Francisco Emilio Vega and Maria Isabel Chavez ("Claimants"), by and through their respective attorneys, as follows:

1. On or about August 15, 2006, Claimant Maria Isabel Chavez filed a claim in administrative forfeiture proceedings with the Drug Enforcement Administration ("DEA") with respect to the approximately $2,663.00 in U.S. Currency and approximately $791.00 in U.S. Currency, (the "defendant currency"), seized on or about May 30, 2006. On or about August 18, 2006, Claimant Francisco Emilio Vega filed a claim with DEA to the defendant

1 currency.

2     2.  The DEA has sent the written notice of intent to forfeit
3 required by 18 U.S.C. § 983(a)(1)(A) to all known interested
4 parties.  The time has expired for any person to file a claim to
5 the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no
6 person, other than the Claimants, has filed a claim to the
7 defendant currency as required by law in the administrative
8 forfeiture proceeding.

9     3.  Under 18 U.S.C. § 983(a)(3)(A), the United States is
10 required to file a complaint for forfeiture against the defendant
11 currency and/or to obtain an indictment alleging that the defendant
12 currency is subject to forfeiture within 90 days after a claim has
13 been filed in the administrative forfeiture proceedings, unless the
14 court extends the deadline for good cause shown or by agreement of
15 the parties.  That deadline is currently November 13, 2006.

16     4.  As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish
17 by agreement to extend to February 9, 2007, the time in which the
18 United States is required to file a civil complaint for forfeiture
19 against the defendant currency and/or to obtain an indictment
20 alleging that the defendant currency is subject to forfeiture.

21     5.  Accordingly, the parties agree that the deadline by which
22 the United States shall be required to file a complaint for
23 forfeiture against the defendant currency and/or to obtain an
24 ///
25 ///
26 ///
27 ///
28

indictment alleging that the defendant currency is subject to forfeiture shall be extended to February 9, 2007.

DATED: 11/14/06               McGREGOR W. SCOTT
                              United States Attorney

                              /s/ Jason Hitt
                              JASON HITT
                              Assistant U.S. Attorney


DATED: 11/13/06               /s/ James R. Greiner
                              JAMES R. GREINER
                              Attorney for Claimant Maria Isabel
                              Chavez

DATED: 11/14/06               /s/ Chris Haydn-Myer
                              RUSSELL MILLER
                              CHRIS HAYDN-MYER
                              Attorneys for Claimant Francisco
                              Emilio Vega

                              (Original signatures retained by
                              attorney)

**IT IS SO ORDERED.**

DATED: 11/15/2006

                              _____
                              DAVID F. LEVI
                              United States District Judge

3