1  McGREGOR W. SCOTT
   United States Attorney
2  JASON HITT
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700

8           IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY $2,663.00 IN U.S. CURRENCY, and<br><br>APPROXIMATELY $791.00 IN U.S. CURRENCY,<br><br>　　　　Defendants. | 2:06-MC-00116-DFL-KJM<br><br>**STIPULATION AND ORDER EXTENDING THE UNITED STATES' TIME TO FILE A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE** |

    It is hereby stipulated by and between the United States of America and claimants Francisco Emilio Vega and Maria Isabel Chavez ("Claimants"), by and through their respective attorneys, as follows:

    1.  On or about August 15, 2006, Claimant Maria Isabel Chavez filed a claim in administrative forfeiture proceedings with the Drug Enforcement Administration ("DEA") with respect to the approximately $2,663.00 in U.S. Currency and approximately $791.00 in U.S. Currency, (the "defendant currency"), seized on or about May 30, 2006.  On or about August 18, 2006, Claimant Francisco Emilio Vega filed a claim with DEA to the defendant

1 currency.

2     2.  The DEA has sent the written notice of intent to forfeit
3 required by 18 U.S.C. § 983(a)(1)(A) to all known interested
4 parties.  The time has expired for any person to file a claim to
5 the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no
6 person, other than the Claimants, has filed a claim to the
7 defendant currency as required by law in the administrative
8 forfeiture proceeding.

9     3.  Under 18 U.S.C. § 983(a)(3)(A), the United States is
10 required to file a complaint for forfeiture against the defendant
11 currency and/or to obtain an indictment alleging that the defendant
12 currency is subject to forfeiture within 90 days after a claim has
13 been filed in the administrative forfeiture proceedings, unless the
14 court extends the deadline for good cause shown or by agreement of
15 the parties.

16     4.  By Stipulation and Order filed November 16, 2006, the
17 parties stipulated to extend to February 9, 2007, the time in which
18 the United States is required to file a civil complaint for
19 forfeiture against the currency and/or to obtain an indictment
20 alleging that the currency is subject to forfeiture.

21     5.  As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish
22 by agreement to further extend to May 10, 2007, the time in which
23 the United States is required to file a civil complaint for
24 forfeiture  against the defendant currency and/or to obtain an
25 indictment alleging that the defendant currency is subject to
26 forfeiture.
27 ///
28

1      6.  Accordingly, the parties agree that the deadline by which
2 the United States shall be required to file a complaint for
3 forfeiture against the defendant currency and/or to obtain an
4 indictment alleging that the defendant currency is subject to
5 forfeiture shall be extended to May 10, 2007.

DATED: 2/7/07                    McGREGOR W. SCOTT
                                 United States Attorney

                                 /s/ Jason Hitt
                                 JASON HITT
                                 Assistant U.S. Attorney


DATED: 2/7/07                    /s/ James R. Greiner
                                 JAMES R. GREINER
                                 Attorney for Claimant Maria Isabel
                                 Chavez


DATED: 2/7/07                    /s/ Chris Haydn-Myer
                                 RUSSELL MILLER
                                 CHRIS HAYDN-MYER
                                 Attorneys for Claimant Francisco
                                 Emilio Vega

                                 (Original signature retained by
                                 attorney)

**IT IS SO ORDERED.**

DATED: **2/8/2007**

                                 _____
                                 **DAVID F. LEVI**
                                 **United States District Judge**

3