1 McGREGOR W. SCOTT
United States Attorney
2 JASON HITT
Assistant U.S. Attorney
3 501 I Street, Suite 10-100
Sacramento, CA 95814
4 Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:06-MC-00116-DFL-KJM |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER EXTENDING THE UNITED STATES' TIME TO FILE A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE** |
| APPROXIMATELY $2,663.00 IN U.S. CURRENCY, and | |
| APPROXIMATELY $791.00 IN U.S. CURRENCY, | |
| Defendants. | |

It is hereby stipulated by and between the United States of America and claimants Francisco Emilio Vega and Maria Isabel Chavez ("Claimants"), by and through their respective attorneys, as follows:

1. On or about August 15, 2006, Claimant Maria Isabel Chavez filed a claim in administrative forfeiture proceedings with the Drug Enforcement Administration ("DEA") with respect to the approximately $2,663.00 in U.S. Currency and approximately $791.00 in U.S. Currency, (the "defendant currency"), seized on or about May 30, 2006. On or about August 18, 2006, Claimant Francisco Emilio Vega filed a claim with DEA to the defendant

1 | currency.

2 |     2.   The DEA has sent the written notice of intent to forfeit
3 | required by 18 U.S.C. § 983(a)(1)(A) to all known interested
4 | parties.  The time has expired for any person to file a claim to
5 | the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no
6 | person, other than the Claimants, has filed a claim to the
7 | defendant currency as required by law in the administrative
8 | forfeiture proceeding.

9 |     3.   Under 18 U.S.C. § 983(a)(3)(A), the United States is
10 | required to file a complaint for forfeiture against the defendant
11 | currency and/or to obtain an indictment alleging that the defendant
12 | currency is subject to forfeiture within 90 days after a claim has
13 | been filed in the administrative forfeiture proceedings, unless the
14 | court extends the deadline for good cause shown or by agreement of
15 | the parties.

16 |     4.   By Stipulation and Order filed November 16, 2006, the
17 | parties stipulated to extend to February 9, 2007, the time in which
18 | the United States is required to file a civil complaint for
19 | forfeiture against the currency and/or to obtain an indictment
20 | alleging that the currency is subject to forfeiture.

21 |     5.   By Stipulation and Order filed February 9, 2007, the
22 | parties stipulated to extend to May 10, 2007, the time in which the
23 | United States is required to file a civil complaint for forfeiture
24 | against the currency and/or to obtain an indictment alleging that
25 | the currency is subject to forfeiture.

26 |     6.   As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish
27 | by agreement to further extend to August 8, 2007, the time in which

2

1  the United States is required to file a civil complaint for
2  forfeiture against the defendant currency and/or to obtain an
3  indictment alleging that the defendant currency is subject to
4  forfeiture.
5       7.  Accordingly, the parties agree that the deadline by which
6  the United States shall be required to file a complaint for
7  forfeiture against the defendant currency and/or to obtain an
8  indictment alleging that the defendant currency is subject to
9  forfeiture shall be extended to August 8, 2007.

10 DATED: 4/27/07                  McGREGOR W. SCOTT
                                   United States Attorney

                                   /s/ Jason Hitt
13                                 JASON HITT
                                   Assistant U.S. Attorney

16 DATED: 5-3-07                   /s/ James R. Greiner
                                   JAMES R. GREINER
17                                 Attorney for Claimant
                                   Maria Isabel Chavez

19 DATED: 4/27/07                  /s/ Chris Haydn-Myer
                                   RUSSELL MILLER
20                                 CHRIS HAYDN-MYER
                                   Attorneys for Claimant
21                                 Francisco Emilio Vega

22                                 (Original signatures retained by
                                   attorney)

24      **IT IS SO ORDERED.**

26 DATED: May 14, 2007             /s/ David F. Levi
                                   DAVID F. LEVI
27                                 United States District Judge

3