```
McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>APPROXIMATELY $2,663.00 IN U.S. CURRENCY, and<br><br>APPROXIMATELY $791.00 IN U.S. CURRENCY,<br><br>            Defendants. | 2:06-MC-00116-RRB-KJM<br><br>**STIPULATION AND ORDER EXTENDING THE UNITED STATES' TIME TO FILE A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE** |

It is hereby stipulated by and between the United States of America and claimants Francisco Emilio Vega and Maria Isabel Chavez ("Claimants"), by and through their respective attorneys, as follows:

1.  On or about August 15, 2006, Claimant Maria Isabel Chavez filed a claim in administrative forfeiture proceedings with the Drug Enforcement Administration ("DEA") with respect to the approximately $2,663.00 in U.S. Currency and approximately $791.00 in U.S. Currency, (the "defendant currency"), seized on or about May 30, 2006.  On or about August 18, 2006, Claimant Francisco Emilio Vega filed a claim with DEA to the defendant

1  currency.

2     2.   The DEA has sent the written notice of intent to forfeit
3  required by 18 U.S.C. § 983(a)(1)(A) to all known interested
4  parties.  The time has expired for any person to file a claim to
5  the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no
6  person, other than the Claimants, has filed a claim to the
7  defendant currency as required by law in the administrative
8  forfeiture proceeding.

9     3.   Under 18 U.S.C. § 983(a)(3)(A), the United States is
10 required to file a complaint for forfeiture against the defendant
11 currency and/or to obtain an indictment alleging that the defendant
12 currency is subject to forfeiture within 90 days after a claim has
13 been filed in the administrative forfeiture proceedings, unless the
14 court extends the deadline for good cause shown or by agreement of
15 the parties.

16    4.   By Stipulation and Order filed November 16, 2006, the
17 parties stipulated to extend to February 9, 2007, the time in which
18 the United States is required to file a civil complaint for
19 forfeiture against the currency and/or to obtain an indictment
20 alleging that the currency is subject to forfeiture.

21    5.   By Stipulation and Order filed February 9, 2007, the
22 parties stipulated to extend to May 10, 2007, the time in which the
23 United States is required to file a civil complaint for forfeiture
24 against the currency and/or to obtain an indictment alleging that
25 the currency is subject to forfeiture.

26    6.   By Stipulation and Order filed May 15, 2007, the parties
27 stipulated to extend to August 8, 2007, the time in which the

28                              2

1 United States is required to file a civil complaint for forfeiture
2 against the currency and/or to obtain an indictment alleging that
3 the currency is subject to forfeiture.

4     7.  By Stipulation and Order filed August 3, 2007, the parties
5 stipulated to extend to November 6, 2007, the time in which the
6 United States is required to file a civil complaint for forfeiture
7 against the currency and/or to obtain an indictment alleging that
8 the currency is subject to forfeiture.

9     8.  As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish
10 by agreement to further extend to February 4, 2008, the time in
11 which the United States is required to file a civil complaint for
12 forfeiture against the defendant currency and/or to obtain an
13 indictment alleging that the defendant currency is subject to
14 forfeiture.

15     9.  Accordingly, the parties agree that the deadline by which
16 the United States shall be required to file a complaint for
17 forfeiture against the defendant currency and/or to obtain an
18 indictment alleging that the defendant currency is subject to
19 forfeiture shall be extended to February 4, 2008.

20 DATED: 11/02/07                    McGREGOR W. SCOTT
                                     United States Attorney
21
                                     /s/ Jason Hitt
22                                   JASON HITT
                                     Assistant U.S. Attorney
23

24

25 DATED: November 1, 2007           /s/ James R. Greiner
                                     JAMES R. GREINER
26                                   Attorney for Claimant Maria Isabel
                                     Chavez
27

28
    3

```
DATED: 11/1/07                    /s/ Chris Haydn-Myer
                                  RUSSELL MILLER
                                  CHRIS HAYDN-MYER
                                  Attorneys for Claimant Francisco
                                  Emilio Vega

                                  (Original signatures retained by
                                  attorney)
```

**IT IS SO ORDERED.**

```
DATED: November 2, 2007
                                  /s/ Ralph R. Beistline
                                  RALPH R. BEISTLINE
                                  United States District Judge
```

4