1  McGREGOR W. SCOTT
   United States Attorney
2  JASON HITT
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:06-MC-00116-RRB-KJM |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER EXTENDING THE UNITED STATES' TIME TO FILE A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE** |
| APPROXIMATELY $2,663.00 IN U.S. CURRENCY, and | |
| APPROXIMATELY $791.00 IN U.S. CURRENCY, | |
| Defendants. | |

It is hereby stipulated by and between the United States of America and claimants Francisco Emilio Vega and Maria Isabel Chavez ("Claimants"), by and through their respective attorneys, as follows:

1. On or about August 15, 2006, Claimant Maria Isabel Chavez filed a claim in administrative forfeiture proceedings with the Drug Enforcement Administration ("DEA") with respect to the approximately $2,663.00 in U.S. Currency and approximately $791.00 in U.S. Currency, (the "defendant currency"), seized on or about May 30, 2006. On or about August 18, 2006, Claimant Francisco Emilio Vega filed a claim with DEA to the defendant

1 currency.

2     2.  The DEA has sent the written notice of intent to forfeit 3 required by 18 U.S.C. § 983(a)(1)(A) to all known interested 4 parties.  The time has expired for any person to file a claim to 5 the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no 6 person, other than the Claimants, has filed a claim to the 7 defendant currency as required by law in the administrative 8 forfeiture proceeding.

9     3.  Under 18 U.S.C. § 983(a)(3)(A), the United States is 10 required to file a complaint for forfeiture against the defendant 11 currency and/or to obtain an indictment alleging that the defendant 12 currency is subject to forfeiture within 90 days after a claim has 13 been filed in the administrative forfeiture proceedings, unless the 14 court extends the deadline for good cause shown or by agreement of 15 the parties.

16     4.  By Stipulation and Order filed November 16, 2006, the 17 parties stipulated to extend to February 9, 2007, the time in which 18 the United States is required to file a civil complaint for 19 forfeiture against the currency and/or to obtain an indictment 20 alleging that the currency is subject to forfeiture.

21     5.  By Stipulation and Order filed February 9, 2007, the 22 parties stipulated to extend to May 10, 2007, the time in which the 23 United States is required to file a civil complaint for forfeiture 24 against the currency and/or to obtain an indictment alleging that 25 the currency is subject to forfeiture.

26     6.  By Stipulation and Order filed May 15, 2007, the parties 27 stipulated to extend to August 8, 2007, the time in which the

28     2

1  United States is required to file a civil complaint for forfeiture
2  against the currency and/or to obtain an indictment alleging that
3  the currency is subject to forfeiture.
4      7.  By Stipulation and Order filed August 3, 2007, the parties
5  stipulated to extend to November 6, 2007, the time in which the
6  United States is required to file a civil complaint for forfeiture
7  against the currency and/or to obtain an indictment alleging that
8  the currency is subject to forfeiture.
9      8.  By Stipulation and Order filed November 2, 2007, the
10 parties stipulated to extend to February 4, 2008, the time in which
11 the United States is required to file a civil complaint for
12 forfeiture against the currency and/or to obtain an indictment
13 alleging that the currency is subject to forfeiture.
14     9.  As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish
15 by agreement to further extend to May 5, 2008, the time in which
16 the United States is required to file a civil complaint for
17 forfeiture against the defendant currency and/or to obtain an
18 indictment alleging that the defendant currency is subject to
19 forfeiture.
20     10.  Accordingly, the parties agree that the deadline by which
21 the United States shall be required to file a complaint for
22 forfeiture against the defendant currency and/or to obtain an
23 ///
24 ///
25 ///
26 ///
27 ///
28

indictment alleging that the defendant currency is subject to forfeiture shall be extended to May 5, 2008.

DATED: 1/30/08                         McGREGOR W. SCOTT
                                       United States Attorney

                                       /s/ Jason Hitt
                                       JASON HITT
                                       Assistant U.S. Attorney


DATED: 1/30/08                         /s/ James R. Greiner
                                       JAMES R. GREINER
                                       Attorney for Claimant Maria Isabel
                                       Chavez
                                       (Signature authorized by phone)


DATED: 1/22/08                         /s/ Chris Haydn-Myer
                                       RUSSELL MILLER
                                       CHRIS HAYDN-MYER
                                       Attorneys for Claimant Francisco
                                       Emilio Vega


                                       (Original signature retained by
                                       counsel)

**IT IS SO ORDERED.**

DATED: January 31, 2008
                                       /s/ Ralph R. Beistline
                                       RALPH R. BEISTLINE
                                       United States District Judge

4