McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY $2,663.00 IN U.S. CURRENCY, and<br><br>APPROXIMATELY $791.00 IN U.S. CURRENCY,<br><br>　　　　Defendants. | 2:06-MC-00116-JAM-KJM<br><br>**STIPULATION AND ORDER EXTENDING THE UNITED STATES' TIME TO FILE A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE** |

　　　It is hereby stipulated by and between the United States of America and claimants Francisco Emilio Vega and Maria Isabel Chavez ("Claimants"), by and through their respective attorneys, as follows:

　　　1.  On or about August 15, 2006, Claimant Maria Isabel Chavez filed a claim in administrative forfeiture proceedings with the Drug Enforcement Administration ("DEA") with respect to the approximately $2,663.00 in U.S. Currency and approximately $791.00 in U.S. Currency, (the "defendant currency"), seized on or about May 30, 2006.  On or about August 18, 2006, Claimant Francisco Emilio Vega filed a claim with DEA to the defendant

1 currency.

2    2.  The DEA has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person, other than the Claimants, has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

9    3.  Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.

16    4.  By Stipulation and Order filed November 16, 2006, the parties stipulated to extend to February 9, 2007, the time in which the United States is required to file a civil complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture.

21    5.  By Stipulation and Order filed February 9, 2007, the parties stipulated to extend to May 10, 2007, the time in which the United States is required to file a civil complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture.

26    6.  By Stipulation and Order filed May 15, 2007, the parties stipulated to extend to August 8, 2007, the time in which the

2

1  United States is required to file a civil complaint for forfeiture
2  against the currency and/or to obtain an indictment alleging that
3  the currency is subject to forfeiture.
4      7.  By Stipulation and Order filed August 3, 2007, the parties
5  stipulated to extend to November 6, 2007, the time in which the
6  United States is required to file a civil complaint for forfeiture
7  against the currency and/or to obtain an indictment alleging that
8  the currency is subject to forfeiture.
9      8.  By Stipulation and Order filed November 2, 2007, the
10 parties stipulated to extend to February 4, 2008, the time in which
11 the United States is required to file a civil complaint for
12 forfeiture against the currency and/or to obtain an indictment
13 alleging that the currency is subject to forfeiture.
14     9.  By Stipulation and Order filed January 31, 2008, the
15 parties stipulated to extend to May 5, 2008, the time in which the
16 United States is required to file a civil complaint for forfeiture
17 against the currency and/or to obtain an indictment alleging that
18 the currency is subject to forfeiture.
19     10.  By Stipulation and Order filed May 6, 2008, the parties
20 stipulated to extend to August 4, 2008, the time in which the
21 United States is required to file a civil complaint for forfeiture
22 against the currency and/or to obtain an indictment alleging that
23 the currency is subject to forfeiture.
24     11.  As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish
25 by agreement to further extend to October 31, 2008, the time in
26 which the United States is required to file a civil complaint for
27 forfeiture against the defendant currency and/or to obtain an
28

indictment alleging that the defendant currency is subject to forfeiture.

12.  Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to October 31, 2008.

DATED: 7/22/08                          McGREGOR W. SCOTT
                                        United States Attorney

                                        /s/ Jason Hitt
                                        JASON HITT
                                        Assistant U.S. Attorney


DATED: 7/22/08          /s/ James R. Greiner
                        JAMES R. GREINER
                        Attorney for Claimant Maria Isabel Chavez
                        (Telephonic authorization)


DATED: 7/22/08          /s/ Chris Haydn-Myer
                        RUSSELL MILLER
                        CHRIS HAYDN-MYER
                        Attorneys for Claimant Francisco Emilio Vega

                        (Original signature retained by Attorney)

**IT IS SO ORDERED.**

DATED: 7/22/2008
                                        /s/ John A. Mendez
                                        HON. JOHN A. MENDEZ
                                        United States District Judge

4