1  LAWRENCE G. BROWN
   Acting United States Attorney
2  JASON HITT
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2700

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          2:06-MC-00116-JAM-KJM

12          Plaintiff,

13      v.                             **STIPULATION AND ORDER
                                        EXTENDING THE UNITED STATES'
14  APPROXIMATELY $2,663.00 IN U.S.    TIME TO FILE A COMPLAINT FOR
    CURRENCY, and                      FORFEITURE AND/OR TO OBTAIN AN
15                                      INDICTMENT ALLEGING FORFEITURE**

16  APPROXIMATELY $791.00 IN U.S.
    CURRENCY,

17          Defendants.

18      It is hereby stipulated by and between the United States of

19  America and claimants Francisco Emilio Vega and Maria Isabel Chavez

20  ("Claimants"), by and through their respective attorneys, as

21  follows:

22      1.  On or about August 15, 2006, Claimant Maria Isabel Chavez

23  filed a claim in administrative forfeiture proceedings with the

24  Drug Enforcement Administration ("DEA") with respect to the

25  approximately $2,663.00 in U.S. Currency and approximately $791.00

26  in U.S. Currency, (the "defendant currency"), seized on or about

27  May 30, 2006.  On or about August 18, 2006, Claimant Francisco

28  Emilio Vega filed a claim with DEA to the defendant

currency.

2. The DEA has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person, other than the Claimants, has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.

4. By Stipulation and Order filed November 16, 2006, the parties stipulated to extend to February 9, 2007, the time in which the United States is required to file a civil complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture.

5. By Stipulation and Order filed February 9, 2007, the parties stipulated to extend to May 10, 2007, the time in which the United States is required to file a civil complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture.

6. By Stipulation and Order filed May 15, 2007, the parties stipulated to extend to August 8, 2007, the time in which the

United States is required to file a civil complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture.

7. By Stipulation and Order filed August 3, 2007, the parties stipulated to extend to November 6, 2007, the time in which the United States is required to file a civil complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture.

8. By Stipulation and Order filed November 2, 2007, the parties stipulated to extend to February 4, 2008, the time in which the United States is required to file a civil complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture.

9. By Stipulation and Order filed January 31, 2008, the parties stipulated to extend to May 5, 2008, the time in which the United States is required to file a civil complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture.

10. By Stipulation and Order filed May 6, 2008, the parties stipulated to extend to August 4, 2008, the time in which the United States is required to file a civil complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture.

11. By Stipulation and Order filed July 23, 2008, the parties stipulated to extend to October 31, 2008, the time in which the United States is required to file a civil complaint for forfeiture

3

1   against the currency and/or to obtain an indictment alleging that

2   the currency is subject to forfeiture.

3       12.  By Stipulation and Order filed October 22, 2008, the

4   parties stipulated to extend to January 29, 2009, the time in which

5   the United States is required to file a civil complaint for

6   forfeiture against the currency and/or to obtain an indictment

7   alleging that the currency is subject to forfeiture.

8       13.  As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish

9   by agreement to further extend to April 29, 2009, the time in which

10  the United States is required to file a civil complaint for

11  forfeiture against the defendant currency and/or to obtain an

12  indictment alleging that the defendant currency is subject to

13  forfeiture.

14      14.  Accordingly, the parties agree that the deadline by which

15  the United States shall be required to file a complaint for

16  forfeiture against the defendant currency and/or to obtain an

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28                                      4

1   indictment alleging that the defendant currency is subject to

2   forfeiture shall be extended to April 29, 2009.

3   DATED: 1/20/09                    LAWRENCE G. BROWN
                                      Acting United States Attorney
4
                                      /s/ Jason Hitt
5                                     JASON HITT
                                      Assistant U.S. Attorney
6

7

8   DATED: January 20, 2009          /s/ James R. Greiner
                                      JAMES R. GREINER
9                                     Attorney for Claimant Maria Isabel
                                      Chavez
10

11

12  DATED: 1/20/09                    /s/ Chris Haydn-Myer
                                      RUSSELL MILLER
13                                    CHRIS HAYDN-MYER
                                      Attorneys for Claimant Francisco
14                                    Emilio Vega

15                                    (Original signatures retained by
                                      attorney)
16

17       **IT IS SO ORDERED.**

18  DATED: January 21, 2009          /s/ John A. Mendez
                                      JOHN A. MENDEZ
19                                    United States District Judge

20

21

22

23

24

25

26

27

28
                                        5