BENJAMIN B. WAGNER
United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>APPROXIMATELY $2,663.00 IN U.S. CURRENCY, and<br><br>APPROXIMATELY $791.00 IN U.S. CURRENCY,<br><br>    Defendants. | 2:06-MC-00116-JAM-KJM<br><br>**STIPULATION AND ORDER EXTENDING THE UNITED STATES' TIME TO FILE A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE** |

It is hereby stipulated by and between the United States of America and claimants Francisco Emilio Vega and Maria Isabel Chavez ("Claimants"), by and through their respective attorneys, as follows:

1.  On or about August 15, 2006, Claimant Maria Isabel Chavez filed a claim in administrative forfeiture proceedings with the Drug Enforcement Administration ("DEA") with respect to the approximately $2,663.00 in U.S. Currency and approximately $791.00 in U.S. Currency, (the "defendant currency"), seized on or about May 30, 2006. On or about August 18, 2006, Claimant Francisco Emilio Vega filed a claim with DEA to the defendant currency.

2. The DEA has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person, other than the Claimants, has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.

4. By Stipulation and Order filed November 16, 2006, the parties stipulated to extend to February 9, 2007, the time in which the United States is required to file a civil complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture.

5. By Stipulation and Order filed February 9, 2007, the parties stipulated to extend to May 10, 2007, the time in which the United States is required to file a civil complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture.

6. By Stipulation and Order filed May 15, 2007, the parties stipulated to extend to August 8, 2007, the time in which the United States is required to file a civil complaint for forfeiture

against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture.

7.  By Stipulation and Order filed August 3, 2007, the parties stipulated to extend to November 6, 2007, the time in which the United States is required to file a civil complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture.

8.  By Stipulation and Order filed November 2, 2007, the parties stipulated to extend to February 4, 2008, the time in which the United States is required to file a civil complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture.

9.  By Stipulation and Order filed January 31, 2008, the parties stipulated to extend to May 5, 2008, the time in which the United States is required to file a civil complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture.

10.  By Stipulation and Order filed May 6, 2008, the parties stipulated to extend to August 4, 2008, the time in which the United States is required to file a civil complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture.

11.  By Stipulation and Order filed July 23, 2008, the parties stipulated to extend to October 31, 2008, the time in which the United States is required to file a civil complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture.

1  12. By Stipulation and Order filed October 22, 2008, the
2 parties stipulated to extend to January 29, 2009, the time in which
3 the United States is required to file a civil complaint for
4 forfeiture against the currency and/or to obtain an indictment
5 alleging that the currency is subject to forfeiture.
6  13. By Stipulation and Order filed January 22, 2009, the
7 parties stipulated to extend to April 29, 2009, the time in which
8 the United States is required to file a civil complaint for
9 forfeiture against the currency and/or to obtain an indictment
10 alleging that the currency is subject to forfeiture.
11  14. By Stipulation and Order filed April 27, 2009, the
12 parties stipulated to extend to July 28, 2009, the time in which
13 the United States is required to file a civil complaint for
14 forfeiture against the currency and/or to obtain an indictment
15 alleging that the currency is subject to forfeiture.
16  15. By Stipulation and Order filed July 24, 2009, the parties
17 stipulated to extend to October 26, 2009, the time in which the
18 United States is required to file a civil complaint for forfeiture
19 against the currency and/or to obtain an indictment alleging that
20 the currency is subject to forfeiture.
21  16. By Stipulation and Order filed October 27, 2009, the
22 parties stipulated to extend to January 25, 2010, the time in which
23 the United States is required to file a civil complaint for
24 forfeiture against the currency and/or to obtain an indictment
25 alleging that the currency is subject to forfeiture.
26  17. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish
27 by agreement to further extend to April 26, 2010, the time in which
28 the United States is required to file a civil complaint for

1  forfeiture against the defendant currency and/or to obtain an
2  indictment alleging that the defendant currency is subject to
3  forfeiture.
4      18.  Accordingly, the parties agree that the deadline by which
5  the United States shall be required to file a complaint for
6  forfeiture against the defendant currency and/or to obtain an
7  indictment alleging that the defendant currency is subject to
8  forfeiture shall be extended to April 26, 2010.

9  DATED: 1/22/10                    BENJAMIN B. WAGNER
                                     United States Attorney

11                                   /s/ Jason Hitt
                                     JASON HITT
12                                   Assistant U.S. Attorney

14 DATED: 1/22/10                    /s/ James R. Greiner
                                     JAMES R. GREINER
15                                   Attorney for Claimant Maria Isabel
                                     Chavez

18 DATED: 1-22-10                    /s/ Russell Miller
                                     RUSSELL MILLER
19                                   CHRIS HAYDN-MYER
                                     Attorneys for Claimant Francisco
20                                   Emilio Vega

21                                   (Original signatures retained by
                                     attorney)

23     **IT IS SO ORDERED.**

24 DATED: January 25, 2010           /s/ John A. Mendez
                                     JOHN A. MENDEZ
25                                   United States District Judge

5   Stipulation and Order Extending the United States' Time to File