BENJAMIN B. WAGNER
United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:06-MC-00116-JAM-KJM |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER EXTENDING THE UNITED STATES' TIME TO FILE A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE** |
| APPROXIMATELY $2,663.00 IN U.S. CURRENCY, and | |
| APPROXIMATELY $791.00 IN U.S. CURRENCY, | |
| Defendants. | |

It is hereby stipulated by and between the United States of America and claimant Maria Isabel Chavez ("Claimant"), by and through their respective attorneys, as follows:

1.  On or about August 15, 2006, Claimant Maria Isabel Chavez filed a claim in administrative forfeiture proceedings with the Drug Enforcement Administration ("DEA") with respect to the approximately $2,663.00 in U.S. Currency and approximately $791.00 in U.S. Currency, (the "defendant currency"), seized on or about May 30, 2006.  On or about August 18, 2006, Claimant Francisco Emilio Vega filed a claim with DEA to the defendant currency.

1      2.  The DEA has sent the written notice of intent to forfeit
2  required by 18 U.S.C. § 983(a)(1)(A) to all known interested
3  parties.  The time has expired for any person to file a claim to
4  the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no
5  person, other than the Claimants, has filed a claim to the
6  defendant currency as required by law in the administrative
7  forfeiture proceeding.

8      3.  Under 18 U.S.C. § 983(a)(3)(A), the United States is
9  required to file a complaint for forfeiture against the defendant
10 currency and/or to obtain an indictment alleging that the defendant
11 currency is subject to forfeiture within 90 days after a claim has
12 been filed in the administrative forfeiture proceedings, unless the
13 court extends the deadline for good cause shown or by agreement of
14 the parties.

15     4.  By Stipulation and Order filed November 16, 2006, the
16 parties stipulated to extend to February 9, 2007, the time in which
17 the United States is required to file a civil complaint for
18 forfeiture against the currency and/or to obtain an indictment
19 alleging that the currency is subject to forfeiture.

20     5.  By Stipulation and Order filed February 9, 2007, the
21 parties stipulated to extend to May 10, 2007, the time in which the
22 United States is required to file a civil complaint for forfeiture
23 against the currency and/or to obtain an indictment alleging that
24 the currency is subject to forfeiture.

25     6.  By Stipulation and Order filed May 15, 2007, the parties
26 stipulated to extend to August 8, 2007, the time in which the
27 United States is required to file a civil complaint for forfeiture

28

2      Stipulation and Order Extending the United
       States' Time to File

1  against the currency and/or to obtain an indictment alleging that
2  the currency is subject to forfeiture.

3    7.  By Stipulation and Order filed August 3, 2007, the parties
4  stipulated to extend to November 6, 2007, the time in which the
5  United States is required to file a civil complaint for forfeiture
6  against the currency and/or to obtain an indictment alleging that
7  the currency is subject to forfeiture.

8    8.  By Stipulation and Order filed November 2, 2007, the
9  parties stipulated to extend to February 4, 2008, the time in which
10  the United States is required to file a civil complaint for
11  forfeiture against the currency and/or to obtain an indictment
12  alleging that the currency is subject to forfeiture.

13    9.  By Stipulation and Order filed January 31, 2008, the
14  parties stipulated to extend to May 5, 2008, the time in which the
15  United States is required to file a civil complaint for forfeiture
16  against the currency and/or to obtain an indictment alleging that
17  the currency is subject to forfeiture.

18    10.  By Stipulation and Order filed May 6, 2008, the parties
19  stipulated to extend to August 4, 2008, the time in which the
20  United States is required to file a civil complaint for forfeiture
21  against the currency and/or to obtain an indictment alleging that
22  the currency is subject to forfeiture.

23    11.  By Stipulation and Order filed July 23, 2008, the parties
24  stipulated to extend to October 31, 2008, the time in which the
25  United States is required to file a civil complaint for forfeiture
26  against the currency and/or to obtain an indictment alleging that
27  the currency is subject to forfeiture.

28

Stipulation and Order Extending the United
States' Time to File

12.  By Stipulation and Order filed October 22, 2008, the parties stipulated to extend to January 29, 2009, the time in which the United States is required to file a civil complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture.

13.  By Stipulation and Order filed January 22, 2009, the parties stipulated to extend to April 29, 2009, the time in which the United States is required to file a civil complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture.

14.  By Stipulation and Order filed April 27, 2009, the parties stipulated to extend to July 28, 2009, the time in which the United States is required to file a civil complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture.

15.  By Stipulation and Order filed July 24, 2009, the parties stipulated to extend to October 26, 2009, the time in which the United States is required to file a civil complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture.

16.  By Stipulation and Order filed October 27, 2009, the parties stipulated to extend to January 25, 2010, the time in which the United States is required to file a civil complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture.

17.  On or about November 20, 2009, the United States and Francisco Vega entered into a plea agreement in the parallel criminal case U.S. v. Francisco Vega, et al., 2:06-CR-00236-GEB,

Stipulation and Order Extending the United States' Time to File

1  wherein Francisco Vega agreed to forfeit his right, title, and
2  interest in this currency.

3     18.  By Stipulation and Order filed January 26, 2010, the
4  parties stipulated to extend to April 26, 2010, the time in which
5  the United States is required to file a civil complaint for
6  forfeiture against the currency and/or to obtain an indictment
7  alleging that the currency is subject to forfeiture.

8     19.  By Stipulation and Order filed April 16, 2010, the
9  parties stipulated to extend to July 26, 2010, the time in which
10 the United States is required to file a civil complaint for
11 forfeiture against the currency and/or to obtain an indictment
12 alleging that the currency is subject to forfeiture.

13    20.  As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish
14 by agreement to further extend to October 25, 2010, the time in
15 which the United States is required to file a civil complaint for
16 forfeiture against the defendant currency and/or to obtain an
17 indictment alleging that the defendant currency is subject to
18 forfeiture.

19    21.  Accordingly, the parties agree that the deadline by which
20 the United States shall be required to file a complaint for
21 forfeiture against the defendant currency and/or to obtain an
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

Stipulation and Order Extending the United
                States' Time to File

1 indictment alleging that the defendant currency is subject to

2 forfeiture shall be extended to October 25, 2010.

3 DATED: _July 19, 2010_          BENJAMIN B. WAGNER
                                 United States Attorney
4

5                                _/s/ Jason Hitt_____
                                 JASON HITT
6                                Assistant U.S. Attorney

7

8 DATED: _July 16, 2010_          _/s/ James R. Greiner___
                                 JAMES R. GREINER
9                                Attorney for Claimant Maria Isabel
                                 Chavez
10
                                 (Original signature retained by
11                               attorney)

12

13

14      **IT IS SO ORDERED.**

15 DATED: July 20, 2010           _/s/ John A. Mendez_____
                                 JOHN A. MENDEZ
16                               United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order Extending the United
                 States' Time to File