BENJAMIN B. WAGNER
United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:06-MC-00116-JAM-EFB |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER EXTENDING THE UNITED STATES' TIME TO FILE A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE** |
| APPROXIMATELY $2,663.00 IN U.S. CURRENCY, and | |
| APPROXIMATELY $791.00 IN U.S. CURRENCY, | |
| Defendants. | |

It is hereby stipulated by and between the United States of America and claimant Maria Isabel Chavez ("Claimant"), by and through their respective attorneys, as follows:

1.  On or about August 15, 2006, Claimant Maria Isabel Chavez filed a claim in administrative forfeiture proceedings with the Drug Enforcement Administration ("DEA") with respect to the approximately $2,663.00 in U.S. Currency and approximately $791.00 in U.S. Currency, (the "defendant currency"), seized on or about May 30, 2006. On or about August 18, 2006, Claimant Francisco Emilio Vega filed a claim with DEA to the defendant currency.

2. The DEA has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person, other than the Claimants, has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.

4. By Stipulation and Order filed November 16, 2006, the parties stipulated to extend to February 9, 2007, the time in which the United States is required to file a civil complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture.

5. By Stipulation and Order filed February 9, 2007, the parties stipulated to extend to May 10, 2007, the time in which the United States is required to file a civil complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture.

6. By Stipulation and Order filed May 15, 2007, the parties stipulated to extend to August 8, 2007, the time in which the United States is required to file a civil complaint for forfeiture

1 against the currency and/or to obtain an indictment alleging that
2 the currency is subject to forfeiture.
3      7.   By Stipulation and Order filed August 3, 2007, the parties
4 stipulated to extend to November 6, 2007, the time in which the
5 United States is required to file a civil complaint for forfeiture
6 against the currency and/or to obtain an indictment alleging that
7 the currency is subject to forfeiture.
8      8.   By Stipulation and Order filed November 2, 2007, the
9 parties stipulated to extend to February 4, 2008, the time in which
10 the United States is required to file a civil complaint for
11 forfeiture against the currency and/or to obtain an indictment
12 alleging that the currency is subject to forfeiture.
13      9.   By Stipulation and Order filed January 31, 2008, the
14 parties stipulated to extend to May 5, 2008, the time in which the
15 United States is required to file a civil complaint for forfeiture
16 against the currency and/or to obtain an indictment alleging that
17 the currency is subject to forfeiture.
18      10.  By Stipulation and Order filed May 6, 2008, the parties
19 stipulated to extend to August 4, 2008, the time in which the
20 United States is required to file a civil complaint for forfeiture
21 against the currency and/or to obtain an indictment alleging that
22 the currency is subject to forfeiture.
23      11.  By Stipulation and Order filed July 23, 2008, the parties
24 stipulated to extend to October 31, 2008, the time in which the
25 United States is required to file a civil complaint for forfeiture
26 against the currency and/or to obtain an indictment alleging that
27 the currency is subject to forfeiture.
28

1    12.  By Stipulation and Order filed October 22, 2008, the
2 parties stipulated to extend to January 29, 2009, the time in which
3 the United States is required to file a civil complaint for
4 forfeiture against the currency and/or to obtain an indictment
5 alleging that the currency is subject to forfeiture.
6    13.  By Stipulation and Order filed January 22, 2009, the
7 parties stipulated to extend to April 29, 2009, the time in which
8 the United States is required to file a civil complaint for
9 forfeiture against the currency and/or to obtain an indictment
10 alleging that the currency is subject to forfeiture.
11    14.  By Stipulation and Order filed April 27, 2009, the
12 parties stipulated to extend to July 28, 2009, the time in which
13 the United States is required to file a civil complaint for
14 forfeiture against the currency and/or to obtain an indictment
15 alleging that the currency is subject to forfeiture.
16    15.  By Stipulation and Order filed July 24, 2009, the parties
17 stipulated to extend to October 26, 2009, the time in which the
18 United States is required to file a civil complaint for forfeiture
19 against the currency and/or to obtain an indictment alleging that
20 the currency is subject to forfeiture.
21    16.  By Stipulation and Order filed October 27, 2009, the
22 parties stipulated to extend to January 25, 2010, the time in which
23 the United States is required to file a civil complaint for
24 forfeiture against the currency and/or to obtain an indictment
25 alleging that the currency is subject to forfeiture.
26    17.  On or about November 20, 2009, the United States and
27 Francisco Vega entered into a plea agreement in the parallel
28 criminal case <u>U.S. v. Francisco Vega, et al.</u>, 2:06-CR-00236-GEB,

1  wherein Francisco Vega agreed to forfeit his right, title, and
2  interest in this currency.
3      18.  By Stipulation and Order filed January 26, 2010, the
4  parties stipulated to extend to April 26, 2010, the time in which
5  the United States is required to file a civil complaint for
6  forfeiture against the currency and/or to obtain an indictment
7  alleging that the currency is subject to forfeiture.
8      19.  By Stipulation and Order filed April 16, 2010, the
9  parties stipulated to extend to July 26, 2010, the time in which
10 the United States is required to file a civil complaint for
11 forfeiture against the currency and/or to obtain an indictment
12 alleging that the currency is subject to forfeiture.
13     20.  By Stipulation and Order filed July 20, 2010, the parties
14 stipulated to extend to October 25, 2010, the time in which the
15 United States is required to file a civil complaint for forfeiture
16 against the currency and/or to obtain an indictment alleging that
17 the currency is subject to forfeiture.
18     21.  By Stipulation and Order filed October 15, 2010, the
19 parties stipulated to extend to January 23, 2011, the time in which
20 the United States is required to file a civil complaint for
21 forfeiture against the currency and/or to obtain an indictment
22 alleging that the currency is subject to forfeiture.
23     22.  By Stipulation and Order filed January 20, 2011, the
24 parties stipulated to extend to April 22, 2011, the time in which
25 the United States is required to file a civil complaint for
26 forfeiture against the currency and/or to obtain an indictment
27 alleging that the currency is subject to forfeiture.
28

1     23.  As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish
2  by agreement to further extend to July 21, 2011, the time in which
3  the United States is required to file a civil complaint for
4  forfeiture against the defendant currency and/or to obtain an
5  indictment alleging that the defendant currency is subject to
6  forfeiture.
7     24.  Accordingly, the parties agree that the deadline by which
8  the United States shall be required to file a complaint for
9  forfeiture against the defendant currency and/or to obtain an
10 indictment alleging that the defendant currency is subject to
11 forfeiture shall be extended to July 21, 2011.

12 DATED: 4/15/11                    BENJAMIN B. WAGNER
                                     United States Attorney

14                                   /s/ Jason Hitt
                                     JASON HITT
15                                   Assistant U.S. Attorney

17 DATED: April 15, 2011             /s/ James R. Greiner
                                     JAMES R. GREINER
18                                   Attorney for Claimant Maria Isabel
                                     Chavez

                                     (Original signature retained by
20                                   attorney)

23     **IT IS SO ORDERED.**

24 DATED: 4/18/2011                  /s/ John A. Mendez
                                     Honorable JOHN A. MENDEZ
25                                   United States District Judge

6    Stipulation and Order Extending the United States' Time to File