```
BENJAMIN B. WAGNER
United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>APPROXIMATELY $2,663.00 IN U.S. CURRENCY, and<br><br>APPROXIMATELY $791.00 IN U.S. CURRENCY,<br><br>      Defendants. | 2:06-MC-00116-JAM-EFB<br><br>**STIPULATION AND ORDER EXTENDING THE UNITED STATES' TIME TO FILE A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE** |

It is hereby stipulated by and between the United States of America and claimant Maria Isabel Chavez ("Claimant"), by and through their respective attorneys, as follows:

1. On or about August 15, 2006, Claimant Maria Isabel Chavez filed a claim in administrative forfeiture proceedings with the Drug Enforcement Administration ("DEA") with respect to the approximately $2,663.00 in U.S. Currency and approximately $791.00 in U.S. Currency, (the "defendant currency"), seized on or about May 30, 2006. On or about August 18, 2006, Claimant Francisco Emilio Vega filed a claim with DEA to the defendant currency.

2.   The DEA has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person, other than the Claimants, has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3.   Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.

4.   By Stipulation and Order filed November 16, 2006, the parties stipulated to extend to February 9, 2007, the time in which the United States is required to file a civil complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture.

5.   By Stipulation and Order filed February 9, 2007, the parties stipulated to extend to May 10, 2007, the time in which the United States is required to file a civil complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture.

6.   By Stipulation and Order filed May 15, 2007, the parties stipulated to extend to August 8, 2007, the time in which the United States is required to file a civil complaint for forfeiture

against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture.

7.  By Stipulation and Order filed August 3, 2007, the parties stipulated to extend to November 6, 2007, the time in which the United States is required to file a civil complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture.

8.  By Stipulation and Order filed November 2, 2007, the parties stipulated to extend to February 4, 2008, the time in which the United States is required to file a civil complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture.

9.  By Stipulation and Order filed January 31, 2008, the parties stipulated to extend to May 5, 2008, the time in which the United States is required to file a civil complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture.

10.  By Stipulation and Order filed May 6, 2008, the parties stipulated to extend to August 4, 2008, the time in which the United States is required to file a civil complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture.

11.  By Stipulation and Order filed July 23, 2008, the parties stipulated to extend to October 31, 2008, the time in which the United States is required to file a civil complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture.

Stipulation and Order Extending the United States' Time to File

1    12.  By Stipulation and Order filed October 22, 2008, the
2 parties stipulated to extend to January 29, 2009, the time in which
3 the United States is required to file a civil complaint for
4 forfeiture against the currency and/or to obtain an indictment
5 alleging that the currency is subject to forfeiture.
6    13.  By Stipulation and Order filed January 22, 2009, the
7 parties stipulated to extend to April 29, 2009, the time in which
8 the United States is required to file a civil complaint for
9 forfeiture against the currency and/or to obtain an indictment
10 alleging that the currency is subject to forfeiture.
11    14.  By Stipulation and Order filed April 27, 2009, the
12 parties stipulated to extend to July 28, 2009, the time in which
13 the United States is required to file a civil complaint for
14 forfeiture against the currency and/or to obtain an indictment
15 alleging that the currency is subject to forfeiture.
16    15.  By Stipulation and Order filed July 24, 2009, the parties
17 stipulated to extend to October 26, 2009, the time in which the
18 United States is required to file a civil complaint for forfeiture
19 against the currency and/or to obtain an indictment alleging that
20 the currency is subject to forfeiture.
21    16.  By Stipulation and Order filed October 27, 2009, the
22 parties stipulated to extend to January 25, 2010, the time in which
23 the United States is required to file a civil complaint for
24 forfeiture against the currency and/or to obtain an indictment
25 alleging that the currency is subject to forfeiture.
26    17.  On or about November 20, 2009, the United States and
27 Francisco Vega entered into a plea agreement in the parallel
28 criminal case U.S. v. Francisco Vega, et al., 2:06-CR-00236-GEB,

wherein Francisco Vega agreed to forfeit his right, title, and interest in this currency.

18. By Stipulation and Order filed January 26, 2010, the parties stipulated to extend to April 26, 2010, the time in which the United States is required to file a civil complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture.

19. By Stipulation and Order filed April 16, 2010, the parties stipulated to extend to July 26, 2010, the time in which the United States is required to file a civil complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture.

20. By Stipulation and Order filed July 20, 2010, the parties stipulated to extend to October 25, 2010, the time in which the United States is required to file a civil complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture.

21. By Stipulation and Order filed October 15, 2010, the parties stipulated to extend to January 23, 2011, the time in which the United States is required to file a civil complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture.

22. By Stipulation and Order filed January 20, 2011, the parties stipulated to extend to April 22, 2011, the time in which the United States is required to file a civil complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture.

23. By Stipulation and Order filed April 19, 2011, the parties stipulated to extend to July 21, 2011, the time in which the United States is required to file a civil complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture.

24. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to October 19, 2011, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

25. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to October 19, 2011.

DATED: 7/22/11　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　/s/ Jason Hitt
　　　　　　　　　　　　　　　　JASON HITT
　　　　　　　　　　　　　　　　Assistant U.S. Attorney

DATED: July 22, 2011　　　　　　James R. Greiner
　　　　　　　　　　　　　　　　JAMES R. GREINER
　　　　　　　　　　　　　　　　Attorney for Claimant Maria Isabel Chavez
　　　　　　　　　　　　　　　　(Original signature retained by attorney)

**IT IS SO ORDERED.**

DATED: July 22, 2011　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　JOHN A. MENDEZ
　　　　　　　　　　　　　　　　United States District Judge