BENJAMIN B. WAGNER
United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>APPROXIMATELY $2,663.00 IN U.S. CURRENCY, and<br><br>APPROXIMATELY $791.00 IN U.S. CURRENCY,<br><br>          Defendants. | 2:06-MC-00116-JAM-EFB<br><br>**STIPULATION AND ORDER EXTENDING THE UNITED STATES' TIME TO FILE A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE** |

It is hereby stipulated by and between the United States of America and claimant Maria Isabel Chavez ("Claimant"), by and through their respective attorneys, as follows:

1.  On or about August 15, 2006, Claimant Maria Isabel Chavez filed a claim in administrative forfeiture proceedings with the Drug Enforcement Administration ("DEA") with respect to the approximately $2,663.00 in U.S. Currency and approximately $791.00 in U.S. Currency, (the "defendant currency"), seized on or about May 30, 2006.  On or about August 18, 2006, Claimant Francisco Emilio Vega filed a claim with DEA to the defendant currency.

2. The DEA has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person, other than the Claimants, has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.

4. By Stipulation and Order filed November 16, 2006, the parties stipulated to extend to February 9, 2007, the time in which the United States is required to file a civil complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture.

5. By Stipulation and Order filed February 9, 2007, the parties stipulated to extend to May 10, 2007, the time in which the United States is required to file a civil complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture.

6. By Stipulation and Order filed May 15, 2007, the parties stipulated to extend to August 8, 2007, the time in which the United States is required to file a civil complaint for forfeiture

against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture.

7. By Stipulation and Order filed August 3, 2007, the parties stipulated to extend to November 6, 2007, the time in which the United States is required to file a civil complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture.

8. By Stipulation and Order filed November 2, 2007, the parties stipulated to extend to February 4, 2008, the time in which the United States is required to file a civil complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture.

9. By Stipulation and Order filed January 31, 2008, the parties stipulated to extend to May 5, 2008, the time in which the United States is required to file a civil complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture.

10. By Stipulation and Order filed May 6, 2008, the parties stipulated to extend to August 4, 2008, the time in which the United States is required to file a civil complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture.

11. By Stipulation and Order filed July 23, 2008, the parties stipulated to extend to October 31, 2008, the time in which the United States is required to file a civil complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture.

12.   By Stipulation and Order filed October 22, 2008, the parties stipulated to extend to January 29, 2009, the time in which the United States is required to file a civil complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture.

13.   By Stipulation and Order filed January 22, 2009, the parties stipulated to extend to April 29, 2009, the time in which the United States is required to file a civil complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture.

14.   By Stipulation and Order filed April 27, 2009, the parties stipulated to extend to July 28, 2009, the time in which the United States is required to file a civil complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture.

15.   By Stipulation and Order filed July 24, 2009, the parties stipulated to extend to October 26, 2009, the time in which the United States is required to file a civil complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture.

16.   By Stipulation and Order filed October 27, 2009, the parties stipulated to extend to January 25, 2010, the time in which the United States is required to file a civil complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture.

17.   On or about November 20, 2009, the United States and Francisco Vega entered into a plea agreement in the parallel criminal case U.S. v. Francisco Vega, et al., 2:06-CR-00236-GEB,

1 | wherein Francisco Vega agreed to forfeit his right, title, and
2 | interest in this currency.
3 |     18.  By Stipulation and Order filed January 26, 2010, the
4 | parties stipulated to extend to April 26, 2010, the time in which
5 | the United States is required to file a civil complaint for
6 | forfeiture against the currency and/or to obtain an indictment
7 | alleging that the currency is subject to forfeiture.
8 |     19.  By Stipulation and Order filed April 16, 2010, the
9 | parties stipulated to extend to July 26, 2010, the time in which
10 | the United States is required to file a civil complaint for
11 | forfeiture against the currency and/or to obtain an indictment
12 | alleging that the currency is subject to forfeiture.
13 |     20.  By Stipulation and Order filed July 20, 2010, the parties
14 | stipulated to extend to October 25, 2010, the time in which the
15 | United States is required to file a civil complaint for forfeiture
16 | against the currency and/or to obtain an indictment alleging that
17 | the currency is subject to forfeiture.
18 |     21.  By Stipulation and Order filed October 15, 2010, the
19 | parties stipulated to extend to January 23, 2011, the time in which
20 | the United States is required to file a civil complaint for
21 | forfeiture against the currency and/or to obtain an indictment
22 | alleging that the currency is subject to forfeiture.
23 |     22.  By Stipulation and Order filed January 20, 2011, the
24 | parties stipulated to extend to April 22, 2011, the time in which
25 | the United States is required to file a civil complaint for
26 | forfeiture against the currency and/or to obtain an indictment
27 | alleging that the currency is subject to forfeiture.
28 |

1    23.  By Stipulation and Order filed April 19, 2011, the
2 parties stipulated to extend to July 21, 2011, the time in which
3 the United States is required to file a civil complaint for
4 forfeiture against the currency and/or to obtain an indictment
5 alleging that the currency is subject to forfeiture.
6    24.  By Stipulation and Order filed July 25, 2011, the parties
7 stipulated to extend to October 19, 2011, the time in which the
8 United States is required to file a civil complaint for forfeiture
9 against the currency and/or to obtain an indictment alleging that
10 the currency is subject to forfeiture.
11    25.  As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish
12 by agreement to further extend to January 17, 2012, the time in
13 which the United States is required to file a civil complaint for
14 forfeiture against the defendant currency and/or to obtain an
15 indictment alleging that the defendant currency is subject to
16 forfeiture.
17    26.  Accordingly, the parties agree that the deadline by which
18 the United States shall be required to file a complaint for
19 forfeiture against the defendant currency and/or to obtain an
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

6    Stipulation and Order Extending the United
     States' Time to File

indictment alleging that the defendant currency is subject to forfeiture shall be extended to January 17, 2012.

DATED: 10/18/11              BENJAMIN B. WAGNER
                             United States Attorney


                             /s/ Jason Hitt
                             JASON HITT
                             Assistant U.S. Attorney


DATED: 10/13/11              /s/ James R. Greiner
                             JAMES R. GREINER
                             Attorney for Claimant Maria Isabel Chavez
                             (Authorized by phone)


**IT IS SO ORDERED.**

DATED: 10/19/2011            /s/ John A. Mendez
                             JOHN A. MENDEZ
                             United States District Judge