1  BENJAMIN B. WAGNER
   United States Attorney
2  JASON HITT
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2700

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,           2:06-MC-00116-JAM-EFB

12            Plaintiff,

13       v.                             **STIPULATION AND ORDER
                                        EXTENDING THE UNITED STATES'
14  APPROXIMATELY $2,663.00 IN U.S.     TIME TO FILE A COMPLAINT FOR
    CURRENCY, and                       FORFEITURE AND/OR TO OBTAIN AN
15                                      INDICTMENT ALLEGING FORFEITURE**

16  APPROXIMATELY $791.00 IN U.S.
    CURRENCY,

17            Defendants.

18      It is hereby stipulated by and between the United States of

19  America and claimant Maria Isabel Chavez ("Claimant"), by and

20  through their respective attorneys, as follows:

21      1.  On or about August 15, 2006, Claimant Maria Isabel Chavez

22  filed a claim in administrative forfeiture proceedings with the

23  Drug Enforcement Administration ("DEA") with respect to the

24  approximately $2,663.00 in U.S. Currency and approximately $791.00

25  in U.S. Currency, (the "defendant currency"), seized on or about

26  May 30, 2006.  On or about August 18, 2006, Claimant Francisco

27  Emilio Vega filed a claim with DEA to the defendant currency.

28

                         1      Stipulation and Order Extending the United
                                States' Time to File

2.  The DEA has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person, other than the Claimants, has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3.  Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.

4.  By Stipulation and Order filed November 16, 2006, the parties stipulated to extend to February 9, 2007, the time in which the United States is required to file a civil complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture.

5.  By Stipulation and Order filed February 9, 2007, the parties stipulated to extend to May 10, 2007, the time in which the United States is required to file a civil complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture.

6.  By Stipulation and Order filed May 15, 2007, the parties stipulated to extend to August 8, 2007, the time in which the United States is required to file a civil complaint for forfeiture

Stipulation and Order Extending the United
States' Time to File

against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture.

7.  By Stipulation and Order filed August 3, 2007, the parties stipulated to extend to November 6, 2007, the time in which the United States is required to file a civil complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture.

8.  By Stipulation and Order filed November 2, 2007, the parties stipulated to extend to February 4, 2008, the time in which the United States is required to file a civil complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture.

9.  By Stipulation and Order filed January 31, 2008, the parties stipulated to extend to May 5, 2008, the time in which the United States is required to file a civil complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture.

10.  By Stipulation and Order filed May 6, 2008, the parties stipulated to extend to August 4, 2008, the time in which the United States is required to file a civil complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture.

11.  By Stipulation and Order filed July 23, 2008, the parties stipulated to extend to October 31, 2008, the time in which the United States is required to file a civil complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture.

3          Stipulation and Order Extending the United States' Time to File

12. By Stipulation and Order filed October 22, 2008, the parties stipulated to extend to January 29, 2009, the time in which the United States is required to file a civil complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture.

13. By Stipulation and Order filed January 22, 2009, the parties stipulated to extend to April 29, 2009, the time in which the United States is required to file a civil complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture.

14. By Stipulation and Order filed April 27, 2009, the parties stipulated to extend to July 28, 2009, the time in which the United States is required to file a civil complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture.

15. By Stipulation and Order filed July 24, 2009, the parties stipulated to extend to October 26, 2009, the time in which the United States is required to file a civil complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture.

16. By Stipulation and Order filed October 27, 2009, the parties stipulated to extend to January 25, 2010, the time in which the United States is required to file a civil complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture.

17. On or about November 20, 2009, the United States and Francisco Vega entered into a plea agreement in the parallel criminal case U.S. v. Francisco Vega, et al., 2:06-CR-00236-GEB,

1   wherein Francisco Vega agreed to forfeit his right, title, and

2   interest in this currency.

3        18.  By Stipulation and Order filed January 26, 2010, the

4   parties stipulated to extend to April 26, 2010, the time in which

5   the United States is required to file a civil complaint for

6   forfeiture against the currency and/or to obtain an indictment

7   alleging that the currency is subject to forfeiture.

8        19.  By Stipulation and Order filed April 16, 2010, the

9   parties stipulated to extend to July 26, 2010, the time in which

10  the United States is required to file a civil complaint for

11  forfeiture against the currency and/or to obtain an indictment

12  alleging that the currency is subject to forfeiture.

13       20.  By Stipulation and Order filed July 20, 2010, the parties

14  stipulated to extend to October 25, 2010, the time in which the

15  United States is required to file a civil complaint for forfeiture

16  against the currency and/or to obtain an indictment alleging that

17  the currency is subject to forfeiture.

18       21.  By Stipulation and Order filed October 15, 2010, the

19  parties stipulated to extend to January 23, 2011, the time in which

20  the United States is required to file a civil complaint for

21  forfeiture against the currency and/or to obtain an indictment

22  alleging that the currency is subject to forfeiture.

23       22.  By Stipulation and Order filed January 20, 2011, the

24  parties stipulated to extend to April 22, 2011, the time in which

25  the United States is required to file a civil complaint for

26  forfeiture against the currency and/or to obtain an indictment

27  alleging that the currency is subject to forfeiture.

28

Stipulation and Order Extending the United
              States' Time to File

23. By Stipulation and Order filed April 19, 2011, the parties stipulated to extend to July 21, 2011, the time in which the United States is required to file a civil complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture.

24. By Stipulation and Order filed July 25, 2011, the parties stipulated to extend to October 19, 2011, the time in which the United States is required to file a civil complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture.

25. By Stipulation and Order filed October 19, 2011, the parties stipulated to extend to January 17, 2012, the time in which the United States is required to file a civil complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture.

26. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to April 16, 2012, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

27. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an

///
///
///
///

Stipulation and Order Extending the United
States' Time to File

1   indictment alleging that the defendant currency is subject to

2   forfeiture shall be extended to April 16, 2012.

3   DATED: 1/13/12                      BENJAMIN B. WAGNER
                                        United States Attorney
4

5                                       /s/ Jason Hitt
                                        JASON HITT
6                                       Assistant U.S. Attorney

7

8   DATED: 1-12-12                      /s/ James R. Greiner
                                        JAMES R. GREINER
9                                       Attorney for Claimant Maria Isabel
                                        Chavez
10                                      (Authorized by email)

11

12        **IT IS SO ORDERED.**

13  DATED: 1/13/2012

                                        /s/ John A. Mendez
14                                      JOHN A. MENDEZ
                                        United States District Judge
15

16

17

18

19

20

21

22

23

24

25

26

27

28